FILED

Sandra Ortiz
1735 Coronado Ave., #4
Long Beach, CA 90804

2014 OCT 14 PM 4:21

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Barbara Rosenberg

PLAINTIFF/PETITIONER,

v.

Sandra Ortiz; Marcus Strong

DEFENDANT(S).

CASE NUMBER

CV14-07958

REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT

I, _____Sandra Ortiz_____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☑No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __August 11, 2014_____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?    ☐Yes ☑No

   b. Rent payments, interest or dividends?    ☐Yes ☑No

   c. Pensions, annuities or life insurance payments?    ☐Yes ☑No

   d. Gifts or inheritances?    ☐Yes ☑No

   e. Any other income (other than listed above)?    ☐Yes ☑No

   f. Loans?    ☐Yes ☑No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

   _____

REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT

CV-60 (04/06)

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☑Yes   ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration. $ 30.00

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes   ☑No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. In what year did you last file an Income Tax return? 2013 _____

   Approximately how much income did your last tax return reflect? N/A _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support: Naylani Hoffman (daughter) 100%

   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

| CA | LOS ANGELES |
|---|---|
| State | County (or City) |

I, _ Sandra Ortiz _____, declare under penalty of perjury that the foregoing is true and correct.

| 10/13/14 | Plaintiff/Petitioner (Signature) |
|---|---|
| Date | |

REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT

CV-60 (04/06)                                                                 Page 2 of 2