Sandra Ortiz
1735 Coronado Ave., # 4
Long Beach, CA  90804
(In Pro Per)

2014 OCT 14  PM 4: 20
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

LODGED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

BARBARA ROSENBERG

Plaintiff

vs.

SANDRA ORTIZ ;
MARCUS STRONG

Defendant(s)

# CV 14 - 07958
### CASE NO.

### NOTICE OF REMOVAL UNDER
28 U.S.C., section 1441 – 1446.

To the clerk of the United States District Court for the Central District of California.

Please take notice the Defendant, Sandra Ortiz, hereby removes to this court the State Court action described below:

Defendant now gives notice that this action is removed to the United States District Court for the Central District of California from the Superior Court, 275 Magnolia Ave.,  Long Beach, CA  90802 , in the county of Los Angeles, CA.

2

Pursuant to 28 U.S.C., section 1441, Defendant further states as follows:

That defendant is named as the defendant in a civil action filed in the Superior Court, 275 Magnolia Ave., Long Beach, CA , 90802.

Titled "Barbara Rosenberg vs. Sandra Ortiz ; Marcus Strong ", said case is Case No. :   14 F 08590.

The above referenced action was commenced by Plaintiff when Plaintiff filed a Summons and Complaint in the aforementioned court, case # 14 F 08590, entitled "Barbara Rosenberg vs. Sandra Ortiz ; Marcus Strong" .

Defendant was served with the Summons and Complaint in the 3rd quarter, 2014.

. Defendant has not filed pleadings in the state court action, other than an Answer to Complaint to Unlawful Detainer as deemed necessary.

The following activity of said case is attached hereto and incorporated herein by reference:

Exhibit A :
Complaint  for Unlawful Detainer, filed in 3rd quarter, 2014.

Exhibit B : Answer Proof (Service) for Unlawful Detainer, filed 3rd qtr., 2014.

4. The above mentioned is a civil action of which this court has jurisdiction under 28 U.S.C., section 1443 (1):  Denial of due process in Unlawful Detainer -- Eviction  after foreclosure and / or rental lease and ejectment (Applicable, alternatively, to a rental unit), in that the rules of evidence and civil procedure are applied without equal protection.

3

The amount in controversy includes up to, but is not limited to, an actuary exceeding $75,000, if so determined by plaintiff.

Therefore, this is a civil action over which this court has original jurisdiction and the action is removable to this court pursuant to 28 U.S.C., section 1441(a) and 1446.

Pursuant to the aforementioned, above, the facts of the case are as follows:

A. Plaintiff claims to be the owner of the real property that Defendant lives in as of the time of the Unlawful Detainer case filing in 3rd quarter of 2014, per the subject property located at 1735 Coronado Ave., # 4, Long Beach, CA, 90804, county of Los Angeles, and seeks to evict Defendant from the real property.

However, no landlord/tenant relationship exists between Plaintiff and Defendant.

Whereby,

Plaintiff, and plaintiff's attorney, are not proceeding in the manner required by the Code of Civil Procedure, and particularly the rules in evidence that state:

viz., Code of Civil Procedure section 128.7 provides that when an attorney or party presents a pleading, motion or similar paper to the court, an implied "certification" as to its legal and factual merit is made, and is subject to sanctions for violation of this certification.

Defendant is now stonewalled while trying to bring this and other facts to the court's attention, as plaintiff is moving for judgment against against Defendant, even while Defendant is attempting to seek resolution with plaintiff.

Plaintiff's counsel therefore has, in effect, used their knowledge of the law attempting to prevent Defendant from fully and accurately presenting her case.

4

Defendant is, therefore, being denied her due process right and equal protection under the 14th Amendment to protect her tenancy.

B. Further, the rules of evidence prohibit, under objection, evidence from being admitted without authentication, and personal knowledge. Defendants' (Including the one subject of this removal) rights to equal protection under the law are non-existent in state court unlawful detainer actions.

Therefore, the actions of Counsel for Plaintiff, and the State Court is depriving Defendant of due process of law in that she is being dispossessed of her property, in noncompliance with the express language of the aforementioned referenced statute. The State Court could easily be backed by the appellate department thereby forcing Defendant to continue to fight for her property from outside of her home .

WHEREFORE, Defendant prays that the above action now pending in the Superior Court, 275 Magnolia Ave., Long Beach, , CA, 90802, bearing Case No. 14 – F - 08590, be removed to this court.

Dated:   10 / 13 / 2014

_____
Sandra Ortiz

Defendant   (In Pro Per)

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
LAW OFFICES OF VINCENT REAL, 74938
VINCENT REAL
3625 DEL AMO BLVD. SUITE 340

TORRANCE, CA 90503
TELEPHONE NO. 410-921-3322   FAX NO. *(Optional)*
E-MAIL ADDRESS *(Optional)*
ATTORNEY FOR *(Name)*   PLAINTIFF

**UD-100**
*FOR COURT USE ONLY*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 275 MAGNOLIA AVE
MAILING ADDRESS:
CITY AND ZIP CODE: LONG BEACH, CA 90802
BRANCH NAME: SOUTH DISTRICT, LONG BEACH COURT

PLAINTIFF: BARBARA ROSENBERG

DEFENDANT: SANDRA ORTIZ
MARCUS STRONG
☐ DOES 1 TO _____

**COMPLAINT — UNLAWFUL DETAINER***

[X] COMPLAINT   ☐ AMENDED COMPLAINT *(Amendment Number):*

CASE NUMBER
14602S40

**Jurisdiction** *(check all that apply):*

[X] ACTION IS A LIMITED CIVIL CASE
   Amount demanded   [X] does not exceed $10,000
                     ☐ exceeds $10,000 but does not exceed $25,000
☐ ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint *(check all that apply):*
   ☐ from unlawful detainer to general unlimited civil (possession not in issue)   ☐ from limited to unlimited
   ☐ from unlawful detainer to general limited civil (possession not in issue)   ☐ from unlimited to limited

1. PLAINTIFF *(name each):* BARBARA ROSENBERG

   alleges causes of action against DEFENDANT *(name each):* SANDRA ORTIZ
   MARCUS STRONG

2. a. Plaintiff is   (1) [X] an individual over the age of 18 years.   (4) ☐ a partnership.
                     (2) ☐ a public agency.                           (5) ☐ a corporation.
                     (3) ☐ other *(specify):*

   b. ☐ Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify):*

3. Defendant named above is in possession of the premises located at *(street address, apt. no., city, zip code, and county):*
   1735 CORONADO AVE #4 LONG BEACH CA 90804

4. Plaintiff's interest in the premises is   [X] as owner   ☐ other *(specify):*
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.
6. a. On or about *(date):* 5/13/13   defendant *(name each):* SANDRA ORTIZ
      MARCUS STRONG

   (1) agreed to rent the premises as a   [X] month-to-month tenancy   ☐ other tenancy *(specify):*
   (2) agreed to pay rent of $ 825.00   payable [X] monthly   ☐ other *(specify frequency):*
   (3) agreed to pay rent on the [X] first of the month   ☐ other day *(specify):*
   b. This [X] written   ☐ oral   agreement was made with
   (1) [X] plaintiff.                            (3) ☐ plaintiff's predecessor in interest.
   (2) ☐ plaintiff's agent.                      (4) ☐ other *(specify):*

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
UD-100 (Rev. July 1, 2005)

**COMPLAINT—UNLAWFUL DETAINER**   Legal Solutions

Civil Code, § 1940 et seq.
Code of Civil Procedure §§ 425.12, 1166

EXHIBIT "A"

**POS-030**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Sandra Ortiz ; Marcus Strong<br>1735 Coronado Ave., # 4<br>Long Beach, CA  90804<br><br>TELEPHONE NO.:        FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* In Pro Per | *FOR COURT USE ONLY* |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
  STREET ADDRESS: 275 Magnolia Ave.
  MAILING ADDRESS:
  CITY AND ZIP CODE: Long Beach, CA  90802
  BRANCH NAME: South District, Long Beach Court

PETITIONER/PLAINTIFF: Barbara Rosenberg

RESPONDENT/DEFENDANT: Sandra Ortiz ; Marcus Strong

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>14 F 08590 |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   1735 Coronado Ave., # 4, Long Beach, CA  90804

3. On *(date):* 09/20/2014        I mailed from *(city and state):* Long Beach, CA  90804
   the following **documents** *(specify):*
   Answer - Unlawful Detainer

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Vincent Real, AAL
   b. **Address** of person served:
      3625 Del Amo Blvd., # 340
      Torrance, CA  90503

   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 09/20/2014

▶

_____          _____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)          (SIGNATURE OF PERSON COMPLETING THIS FORM)

| Form Approved for Optional Use<br>Judicial Council of California | **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL** | Code of Civil Procedure, §§ 1013, 1013a<br>www.courtinfo.ca.gov |
|---|---|---|

Exhibit "B"

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Sandra Ortiz
1735 Coronado Ave., #4
Long Beach, CA 90804

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Barbara Rosenberg

PLAINTIFF(S),

v.

Sandra Ortiz ; Marcus Strong

DEFENDANT(S).

CASE NUMBER

_____

**PROOF OF SERVICE – ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of LOS ANGELES _____, State of California, and not a party to the above-entitled cause. On _____ 10/13 _____, 20 14 _____, I served a true copy of NOTICE OF REMOVAL UNDER USC 28, # 1441 _____ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.) FELMAN AAL, Et al., 13943 Ventura BL., # 350, Sherman Oaks, CA 91423

Place of Mailing: LOS ANGELES, CA _____

Executed on _____ 10/13 _____, 20 14 _____ at LOS ANGELES _____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____          _____
Signature                                               Party Served

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

Barbara Rosenberg

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

Sandra Ortiz ; Marcus Strong

**(b) County of Residence of First Listed Plaintiff** N/A
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant** Los Angeles
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.

FELMAN, DAGGENHURST, & EL DABE
13743 VENTURA BLVD., # 350
SHERMAN OAKS, CA 91423

**Attorneys** (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.

DEFENDANT, IN PRO PER

1735 Coronado Ave., #4
Long Beach, CA 90804

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☐ 3. Federal Question (U.S. Government Not a Party)

☒ 2. U.S. Government Defendant

☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding

☒ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ N/A

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
CIVIL RIGHTS : REMOVAL FROM STATE COURT

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☒ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

CV 14 - 07958

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? ☐ Yes ☒ No  If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? ☐ Yes ☒ No  If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?  *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)  *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action? ☐ Yes ☒ No  If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?  *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)  *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| D.1. Is there at least one answer in Column A? ☐ Yes ☐ No  If "yes," your case will initially be assigned to the SOUTHERN DIVISION.  Enter "Southern" in response to Question E, below, and continue from there.  If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B? ☐ Yes ☐ No  If "yes," your case will initially be assigned to the EASTERN DIVISION.  Enter "Eastern" in response to Question E, below.  If "no," your case will be assigned to the WESTERN DIVISION.  Enter "Western" in response to Question E, below. ↓ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? |
|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties?   ☐ Yes ☐ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any cases previously filed in this court?  ☒ NO  ☐ YES

If yes, list case number(s): _____

Civil cases are related when they:

☐ A. Arise from the same or closely related transactions, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Check all boxes that apply. That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _____  DATE: 10/04/2014

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |